# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ROBERT M. REIGER,

    Petitioner,

vs.

DWIGHT NEVENS, *et al.*,

    Respondents.

3:12-cv-00218-LRH-VPC

**ORDER**

    This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. By order filed November 20, 2012, this Court granted petitioner's motion to file an amended petition. (ECF No. 18). The Court ordered respondents to file a response to the first amended petition (ECF No. 15-1), the memorandum of points and authorities (ECF No. 15-2), and the supplemental petition (ECF No. 15-3 & 15-4). (ECF No. 18, at p. 2).

    On January 18, 2013, petitioner filed a motion for leave to file yet another supplemental petition. (ECF No. 20). Respondents have filed two motions for an extension of time in which to respond to petitioner's motion for leave to supplement. (ECF Nos. 22 & 25). Respondents seek an enlargement of time, up to and including March 21, 2013, to file a response to the motion. Having reviewed the motion and good cause appearing, respondents' motion is granted.

    Respondents also seek an extension of time to file and serve their response to the first amended petition. (ECF No. 24). Respondents seek an enlargement of time, up to and including March 21, 2013 to file and serve a response to the first amended petition. Having reviewed the motion and good cause appearing, respondents' motion is granted.

1      **IT IS THEREFORE ORDERED** that respondents' motions for an extension of time to file a response (ECF Nos. 22 & 25) to petitioner's motion to supplement are **GRANTED.** The response to petitioner's motion to supplement shall be filed on or before **March 21, 2013.**

       **IT IS FURTHER ORDERED** that respondents' motion for an extension of time to file a response (ECF No. 26) to the first amended petition is **GRANTED.** The response to the first amended petition shall be filed on or before **March 21, 2013.**

       DATED this 20th day of February, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE