1
2
3
4
5
6 **UNITED STATES DISTRICT COURT**
7 **DISTRICT OF NEVADA**
8

9  ROBERT M. REIGER,          )
                                   )
10           Petitioner,     )     3:12-cv-00218-LRH-VPC
                                   )
11 vs.                        )     **ORDER**
                                   )
12 DWIGHT NEVENS, *et al.*,     )
                                   )
13           Respondents.    )
_____/
14

15       This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254,
16 by a Nevada state prisoner.

17       Respondents seek a third extension of time, up to and including April 11, 2013, to file a
18 response to petitioner's motion for leave to file a supplement.  (ECF No. 28).  Having reviewed the
19 motion and good cause appearing, respondents' motion is granted.

20       Respondents also seek a third extension of time to file and serve their response to the first
21 amended petition.  (ECF No. 27).  Respondents seek an enlargement of time, up to and including
22 April 11, 2013 to file and serve a response to the first amended petition.  Having reviewed the
23 motion and good cause appearing, respondents' motion is granted.

24       **IT IS THEREFORE ORDERED** that respondents' motion for a third extension of time to
25 file a response (ECF No. 28) to petitioner's motion to supplement is **GRANTED.**  The response to
26 petitioner's motion to supplement shall be filed on or before **April 11, 2013.**

27 ///
28 ///

1    **IT IS FURTHER ORDERED** that respondents' motion for a third extension of time to file

2    a response (ECF No. 27) to the first amended petition is **GRANTED.**  The response to the first

3    amended petition shall be filed on or before **April 11, 2013.**

4    **IT IS FURTHER ORDERED** that no further extensions shall be granted in the absence of

5    extraordinary circumstances.

6    DATED this 22nd day of March, 2013.

7

8    _____

9    LARRY R. HICKS
     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                          2