UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT M. REIGER,<br><br>Petitioner,<br>v.<br><br>DWIGHT NEVENS, et al.,<br><br>Respondents. | Case No. 3:12-cv-00218-MM-VPC<br><br>ORDER |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. Petitioner has filed a motion for an extension of time in which to file a reply to the answer. (Dkt. no. 56.) Petitioner seeks an additional thirty (30) days, up to and including July 23, 2014, in which to file a reply. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

It is therefore ordered that petitioner's motion for an extension of time to file a reply (dkt. no. 56) is granted. Petitioner's reply shall be filed on or before July 23, 2014.

DATED THIS 1st day of July 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE