1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

9   ROBERT M. REIGER,                              Case No. 3:12-cv-00218-MMD-VPC

10                                Petitioner,                    ORDER

11        v.

    DWIGHT NEVENS, et al.,

12                                Respondents.

13

14        This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28

15   U.S.C. § 2254, by a Nevada state prisoner.

16        Petitioner has filed a motion for copies of all documents filed in this case. (ECF

17   No. 60.) Respondents have opposed the motion (ECF No. 62) and petitioner has filed a

18   reply (ECF No. 64). Petitioner states that, following a search of his housing unit by

19   correctional staff, some of his litigation papers were "strewn about the bed area."

20   Petitioner further states that he located some of his legal papers in other areas of his

21   housing unit. Petitioner claims that several documents are still missing. Petitioner seeks

22   an order directing the Clerk of Court to "provide petitioner [with] copies of all documents

23   filed in the federal court . . . paid for at state expense." (ECF No. 60 at 1-3.)

24        As respondents point out in their opposition, this matter has been fully briefed.

25   Specifically, respondents have filed an answer to the remaining grounds of the petition.

26   (ECF No. 55.) Petitioner has filed a reply to the answer. (ECF No. 59.) The parties are

27   required to file nothing further until the Court issues an order resolving the merits of the

28   petition. To the extent that petitioner claims that he may need documents for appellate

1  purposes, it is uncertain at this point whether an appeal by petitioner will be necessary.

2  If petitioner does seek copies of documents once this Court rules on the merits of the

3  petition, he must specify which documents he needs. For petitioner's future use, the

4  Court will direct the Clerk of Court to send petitioner a copy of the CM/ECF docket

5  printout in this case. At this time, the Court denies petitioner's motion for copies of all

6  documents filed in this case.

7  It is therefore ordered that the Clerk of Court send petitioner a copy of the

8  CM/ECF docket printout in this case.

9  It is further ordered that petitioner's motion for a copy of all documents filed in

10  this case at state expense (ECF No. 60) is denied, without prejudice to renewing his

11  motion, if necessary, after the Court issues an order resolving the merits of the petition.

12  DATED THIS 28th day of September 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE