AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

ROBERT M. REIGER,

      Petitioner,         JUDGMENT IN A CIVIL CASE

V.

                            CASE NUMBER:  **3:12-cv-00218-MMD-VPC**

DWIGHT NEVEN, et al.,

      Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Reiger's petition for writ of habeas corpus (ECF No. 15-1) is denied.
    **IT IS FURTHER ORDERED** that a certificate of appealability is denied.

  May 22, 2017                                            **DEBRA K. KEMPI**
                                                                 Clerk

                                                                /s/ D. R. Morgan
                                                                  Deputy Clerk